UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALISA ROCK, a single person, | NO. CV-10-3064-EFS |
| Plaintiff, | |
| v. | **ORDER DIRECTING ENTRY OF DEFAULT** |
| CHECK SYSTEMS, LLC, a debt collection agency, | |
| Defendant. | |

On January 13, 2011, Plaintiff Alisa Rock filed a Motion for Order of Default.  (ECF No. 7.)  Defendant Check Systems, LLC has failed to answer or otherwise respond to the Complaint (ECF No. 1), which was served on September 28, 2010 (ECF No. 2).  On December 20, 2010, Plaintiff's counsel emailed then defense-counsel Kimberly Olsen and advised that Plaintiff would move for default if an answer was not filed before December 27, 2010.  (ECF No. 7-2.)  On December 21, 2010, Ms. Olsen filed a motion to withdraw (ECF No. 4) because Defendant was no longer in contact with her and she had insufficient information to represent Defendant.  Defense counsel's motion to withdraw was granted on December 28, 2010 (ECF No. 5), and the Order cautioned Defendant that as a limited liability company it could not represent itself in federal court and, therefore, it must obtain counsel and respond in this action

ORDER ~ 1

no later than January 23, 2011.  As of the date of this Order, counsel has neither appeared nor answered on Defendant's behalf.

Accordingly, **IT IS HEREBY ORDERED**:

1.    Plaintiff's Motion for Order of Default **(ECF No. 7)** is **GRANTED**.

2.    The District Court Executive shall enter **DEFAULT** against Defendant pursuant to Federal Rule of Civil Procedure 55(a).

3.    Defendant may not participate in this action until it is represented by counsel.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies of the Order and Default to counsel and Defendant (224 Summer Street, Buffalo, NY 14222).

**DATED** this ___25th___ day of January 2011.


_____S/ Edward F. Shea_____
EDWARD F. SHEA
United States District Judge

Q:\Civil\2010\3064.enter.default.llc.wpd

ORDER ~ 2