UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALISA ROCK, a single person,<br><br>                Plaintiff,<br><br>v.<br><br>CHECK SYSTEMS, LLC, a debt collection agency,<br><br>                Defendant. | Case No.  CV-10-3064-EFS<br><br>CLERK'S ORDER OF DEFAULT |

It appearing that defendant CHECK SYSTEMS, LLC, has failed to answer, plead, or otherwise defend, its default is hereby entered.

Dated this 27th day of January, 2011.

                              s/James R. Larsen
                              James R. Larsen
                              District Court Executive/Clerk of Court