ROBERT J. REYNOLDS P.S.
514 North 1st Street Ste. A
Yakima, WA 98901
Tel: (509)453-0313
Fax: (509)453-0314

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Alisa Rock, | ) | |
| a single person, | ) | |
| | ) | |
| Plaintiff, | ) | NO.   CV-10-03064-EFS |
| | ) | |
| v. | ) | **NOTE FOR HEARING** |
| | ) | |
| Check Systems, LLC, | ) | |
| a debt collection agency, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW Plaintiff, by and through her attorney Robert J. Reynolds, and requests a hearing on the Default Judgment filed in the above entitled case on March 24, 2011 without hearing at 6:30.

Dated this 2nd day of February, 2011.


/s/ Robert J. Reynolds
Robert J. Reynolds WSBA #5796
Attorney for Plaintiff

1

## <u>Certificate of Service</u>

2   The undersigned certifies that on February 2, 2011, a copy of the forgoing was

3   electronically transmitted to the Clerk's Office using the CM/ECF System for

4   filing and transmittal of a Notice of Electronic Filing to the following CM/ECF

5   registrants:

6

7

8

9                                         By: <u>s/ Robert J. Reynolds</u>
10                                        Robert J. Reynolds WSBA #5796
11                                        Attorney for Plaintiff
12

ROBERT J. REYNOLDS P.S.
514 North 1st Street Ste. A
Yakima, WA 98901
Tel: 509-453-0313 Fax: 509-453-0314