UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALISA ROCK, a single person,<br><br>              Plaintiff,<br><br>     v.<br><br>CHECK SYSTEMS, LLC, a debt collection agency,<br><br>             Defendant. | NO. CV-10-3064-EFS<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND ENTERING DEFAULT JUDGMENT** |

    Before the Court, without oral argument, is Plaintiff Alisa Rock's Motion for Default Judgment, ECF No. 11, filed on February 2, 2011. A Clerk's Order of Default was entered against Defendant Check Systems, LLC on January 27, 2011. ECF No. 9. After considering the submitted materials, including Plaintiff's and counsel's affidavits, and the records and files herein, the Court is fully informed and finds entry of default judgment in Plaintiff's favor is appropriate. Fed. R. Civ. P. 54(b). Accordingly, **IT IS HEREBY ORDERED**:

    1.    Plaintiff's Motion for Default Judgment, **ECF No. 11**, is **GRANTED**.

    2.    **Judgment** is to be entered in Plaintiff's favor as follows:

        a.    $106,000.00 in principal;

        b.    pre-judgment interest in the amount of $5,300.00;

ORDER ~ 1

        c.    post-judgment interest at the rate of 11 percent;

        d.    attorney fees in the amount of $4,320.00; and

        e.    costs in the amount of $400.00

    3.    This file shall be **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is to enter this Order and provide a copy to Plaintiff and Defendant (224 Summer Street, Buffalo, NY 14222).

**DATED** this 13th day of October 2011.


                                          s/Edward F. Shea
                                            EDWARD F. SHEA
                                United States District Judge

Q:\Civil\2010\3064.defaultjudg.wpd

ORDER ~ 2