# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ALISA ROCK, a single person,

                        Plaintiff,

                           v.

CHECK SYSTEMS, LLC, a debt collection agency,

                       Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-3064-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Motion for Default Judgment and Entering Default Judgment entered on October 13, 2011, ECF No. 13, judgment is entered against Defendant and in favor of Plaintiff as follows:

    a. $106,000.00 in principal;

    b. pre-judgment interest in the amount of $5,300.00;

    c. post-judgment interest at the rate of 11 percent;

    d. attorney fees in the amount of $4,320.00; and

    e. costs in the amount of $400.00

| October 13, 2011 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |